**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| BONNIE LUPTON, | : | |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| WAL-MART STORES, INC., | : | 1:04-CV-112 (WLS) |
| Defendant/Third-Party Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| DELUXE CLEANING, INC., | : | |
| Third-Party Defendant | : | |

**ORDER**

Before the Court is Parties' Joint Motion to Continue. (Doc. 34).  The parties move to continue the instant case from the January 9, 2006 Albany trial calendar, to extend the discovery period until March 1, 2006, to extend the time within which to file a pre-trial order, and to have a scheduling/status conference on December 14, 2005 in lieu of the currently scheduled pre-trial hearing. *Id*.

For good cause shown, the motion (Doc. 34) is **GRANTED.**  The case is continued to the Court's June 2006, term which begins June 5, 2006, unless earlier, as may be ordered by the Court.  The parties' request for a scheduling/status conference on December 14, 2005 is **DENIED** as unnecessary.

**SO ORDERED**,  this   15th   day of December, 2005.

                    /s/W. Louis Sands
                    **W. LOUIS SANDS, CHIEF JUDGE**
                    **UNITED STATES DISTRICT COURT**